1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IVAN RAY CARTER,

11            Petitioner,              No. CIV S-07-1960 WBS KJM P

12        vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS,
14
              Respondent.             FINDINGS & RECOMMENDATIONS
15   _____/

16            By order filed October 15, 2007, petitioner was directed to file an amended

17   habeas petition containing only exhausted claims or a renewed motion for a stay within thirty

18   days.  The thirty day period has now expired and petitioner has not responded to the court's

19   order.

20            Although it appears from the file that petitioner's copy of the order was returned,

21   petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of

22   his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the

23   record address of the party is fully effective.

24            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

25   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

26            These findings and recommendations are submitted to the United States District

1

1    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

2    days after being served with these findings and recommendations, petitioner may file written

3    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

4    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

5    specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

6    F.2d 1153 (9th Cir. 1991).

7    DATED:  December 28, 2007.

8    _____
     U.S. MAGISTRATE JUDGE

9    /cart1960.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26